Kimberly R. Krauss  SBN 222508
In-House Counsel for CSC
5454 Ruffin Road, Suite 200
San Diego, California 92123
Telephone (800) 567-2187
Fax (858) 650-0814

Attorney for Defendant
Credit Solutions Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT SOLUTIONS CORP.,<br><br>    Defendant. | Case No.: 10-CV-00218-CRB<br><br>[~~Proposed~~] **ORDER GRANTING DEFENDANT'S REQUEST THAT ITS MOTION TO DISMISS BE DETERMINED WITHOUT ORAL ARGUMENT PER LOCAL RULE 7-12**<br><br>Judge: Hon. Charles R. Breyer<br>Dept: Courtroom 8<br>Date: June 25, 2010<br>Time: 10:00 a.m. |

Per Local Rule 7-12, Defendant hereby requests that its Motion to Dismiss for Improper Venue be determined without oral argument.  Defendant has discussed this with Plaintiff, and Plaintiff is in agreement that no oral argument is necessary.  The court having reviewed and considered the moving papers and the parties' positions hereto and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Defendant's Rule 7-12 request is GRANTED.

**IT IS SO ORDERED**:


DATED: __June 24, 2010__

IT IS SO ORDERED

Judge Charles R. Breyer

[Proposed] ORDER